# Laramie County District Court
## Docket Sheet

| | | | |
|---|---|---|---|
| **Case #** | CV-193992 | **Judge** | Hon. Catherine R Rogers |
| **Case Title** | Michaelis v. Jacob et al | **Case Type** | Civil - Tort - Personal Injury or Wrongful Death: Vehicular |

| Filed Date | Docket Entry Type | Description | Submitted By |
|---|---|---|---|
| 11-12-2020 | Jury Demand - Six | Plaintiff's Demand For Jury Trial | Mr. Eric Wayne Hinckley On Behalf of Sherry Michaelis |
| 11-12-2020 | Cover Sheet - Cover Sheet | Civil Cover Sheet | |
| 11-12-2020 | Complaint - Complaint | Complaint | |

EXHIBIT A

STATE OF WYOMING                          IN DISTRICT COURT
COUNTY OF LARAMIE                      FIRST JUDICIAL DISTRICT

---

|  |  |
|---|---|
| **SHERRY MICHAELIS,** | **FILED** |
| Plaintiff, | **COMPLAINT** NOV 12 2020 |
| vs. | DIANE SANCHEZ CLERK OF THE DISTRICT COURT |
| **PRINCE JACOB, MTR FREIGHT SOLUTIONS, INC., DOES I-X,** | Civil No. 193-992 |
| Defendant | |

---

[¶1]    COMES NOW Plaintiff, SHERRY MICHAELIS, by and through her counsel of record, the Lowe Law Group, for her causes of action and claims for relief against the Defendants, PRINCE JACOB and MTR FREIGHT SOLUTIONS, INC. Upon information and belief, Plaintiff alleges and avers as follows:

### I.    PARTIES, JURISDICTION AND VENUE

[¶2]    At the time of the incident alleged herein, Plaintiff Sherry Michaelis (hereinafter "Mrs. Michaelis") was a resident of Scotts Bluff County, Nebraska.

[¶3]    Upon information and belief, Defendant Jacob is a resident of DuPage County, Illinois.

[¶4]    Upon information and belief, Defendant MTR Freight Solutions, Inc. (hereinafter "MTR Freight") is an Illinois corporation doing business in Laramie County, Wyoming.

[¶5]    The causes of action pleaded herein occurred in Laramie County, Wyoming, therefore Venue is proper.

1

EXHIBIT A

[¶6]   This Court has jurisdiction over the above-named parties and over the subject matter over this action.

## II.   FACTS

[¶7]   On December 22, 2019, Mrs. Michaelis was driving her vehicle westbound on Interstate 80 in Laramie County, Wyoming.

[¶8]   At or around the same time, Defendant Jacob, while in the course and scope of his employment with MTR Freight, was driving a MTR Freight semi-truck eastbound on Interstate 80.

[¶9]   As Mrs. Michaelis approached mile marker 402, without any advanced warning or notice, Defendant Prince failed to maintain control of the MTR Freight semi-truck and caused the semi-truck to collide with the concrete median which then caused a portion of the concrete median to be pushed into the westbound traffic lanes. Mrs. Michaelis was unable to avoid the concrete barrier which had been pushed from the median into her lane causing a high-speed collision between her vehicle and the concrete median.

[¶10]   As a result of Defendants' negligence, Plaintiff sustained significant bodily injuries requiring him to undergo medical treatment and procedures.

## III.   COUNT ONE- NEGLIGENCE OF PRINCE JACOB

[¶11]   Plaintiff re-alleges all preceding paragraphs and incorporates them by reference as if fully set forth herein.

[¶12]   Defendant Jacob owed a duty of reasonable care in driving the MTR Freight semi-truck in a safe, reasonable, and prudent manner.

2

EXHIBIT A

[¶13]   The negligent and careless acts of Defendant Jacob in failing to maintain control of his vehicle was a direct and proximate cause of the collision between the concrete median and Mrs. Michaelis' vehicle.

[¶14]   As a direct and proximate result of Defendant Jacob's negligence, Plaintiff sustained serious bodily injuries, which have caused him great pain, discomfort, weakness, inconvenience, loss of established course of life, and physical and emotional suffering.

[¶15] As a direct and proximate result of Defendant Jacob's negligence, Plaintiff sustained serious bodily injuries, which have caused him great pain, discomfort, anxiety, inconvenience, loss of established course of life, and physical and emotional suffering.

[¶16]   As a direct and proximate result of Defendant Jacob's negligence, Plaintiff has incurred medical expenses, the exact amount to be proven at trial, and Plaintiff may yet incur future medical expenses.

[¶17]   As a direct and proximate result of Defendant Jacob's negligence, Plaintiff has suffered severe emotional and mental distress.

[¶18]   As a direct and proximate result of Defendant Jacob's negligence, Plaintiff has suffered general damages in an amount to be proven at trial.

[¶19]   As a direct and proximate result of Defendant Jacob's negligence, Plaintiff has suffered lost earnings and loss of earning capacity in an amount to be proven at trial.

## IV.   COUNT TWO- VICARIOUS LIABILITY AND/OR RESPONDEAT SUPERIOR

[¶20]   Plaintiff re-alleges all preceding paragraphs and incorporates them by reference as if fully set forth herein.

[¶21]   At all relevant times, Defendant Jacob was acting within the course and scope of his employment with MTR Freight.

3

[¶22]   Defendant MTR Freight is vicariously liable for Defendant Jacob's negligence.

## V.   COUNT THREE- NEGLIGENT HIRING/TRAINING/SUPERVISION

[¶23]   Plaintiff re-alleges all preceding paragraphs and incorporates them by reference as if fully set forth herein.

[¶24]   Defendant's actions constituted a breach of multiple duties of care including, but not limited to, its duty to exercise reasonable care in hiring and/or retaining Defendant Jacob.

[¶25]   Defendant is liable for these acts of negligence and for such other acts of negligence as may become apparent during the course of discovery in this case.

[¶26]   As a direct and proximate result of Defendant MTR Freight's negligence, Plaintiff sustained serious bodily injuries, which have caused him great pain, discomfort, weakness, inconvenience, loss of established course of life, and physical and emotional suffering.

[¶27] As a direct and proximate result of Defendant MTR Freight's negligence, Plaintiff sustained serious bodily injuries, which have caused him great pain, discomfort, anxiety, inconvenience, loss of established course of life, and physical and emotional suffering.

[¶28]   As a direct and proximate result of Defendant MTR Freight's negligence, Plaintiff has incurred medical expenses, the exact amount to be proven at trial, and Plaintiff may yet incur future medical expenses.

[¶29]   As a direct and proximate result of Defendant MTR Freight's negligence, Plaintiff has suffered severe emotional and mental distress.

[¶30]   As a direct and proximate result of Defendant MTR Freight's negligence, Plaintiff has suffered general damages in an amount to be proven at trial.

[¶31]   As a direct and proximate result of Defendant MTR Freight's negligence, Plaintiff has suffered lost earnings and loss of earning capacity in an amount to be proven at trial.

EXHIBIT A

## VI.   COUNT FOUR- NEGLIGENCE OF MTR FREIGHT

[¶32]   Plaintiff re-alleges all preceding paragraphs and incorporates them by reference as if fully set forth herein.

[¶33] Defendant MTR Freight had a duty to provide its employees with the proper training, equipment, and tools necessary to complete all duties in a manner which prevented foreseeable risks of injury to other persons.

[¶34] Defendant MTR Freight endorsed, ratified, or permitted to continue, unsafe work practices of its employees, which created a foreseeable risk of injury to foreseeable plaintiffs.

[¶35] Defendant MTR Freight's work practices violated applicable rules and regulations, industry standards, and breached the standard of reasonable care.

[¶36] As a direct and proximate result of Defendant's negligence, Plaintiff sustained serious bodily injuries, which have caused him great pain, discomfort, anxiety, inconvenience, loss of established course of life, and physical and emotional suffering.

[¶37]   As a direct and proximate result of Defendant's negligence, Plaintiff has incurred medical expenses, the exact amount to be proven at trial, and Plaintiff may yet incur future medical expenses.

[¶38]   As a direct and proximate result of Defendant's negligence, Plaintiff has suffered severe emotional and mental distress.

[¶39]   As a direct and proximate result of Defendant's negligence, Plaintiff has suffered general damages in an amount to be proven at trial.

[¶40]   As a direct and proximate result of Defendant's negligence, Plaintiff has suffered lost earnings and loss of earning capacity in an amount to be proven at trial.

## VII.   PRAYER FOR RELIEF/DAMAGES

5

[¶41]   Plaintiff re-alleges all preceding paragraphs and incorporates them by reference as if fully set forth herein.

[¶42]   As a direct and proximate result of Defendants' negligent acts and/or omissions as described above, Plaintiff sustained severe and permanent bodily injuries, and other damages to be proven at trial, entitling Plaintiff to a monetary award against the Defendants for the following elements of damage, to include without limitation:

        a.  Past and future medical expenses;

        b.  Past and future loss of income and earning capacity;

        c.  Past and future pecuniary loss;

        d.  Past and future pain and suffering;

        e.  Past and future enjoyment of life;

        f.  Past and future disability;

        g.  Disfigurement;

        h.  Past and future loss of household services;

        i.  Past and future emotional distress;

        j.  Past and future fear of disability;

        k.  Pre-judgment interest;

        l.  Attorney's fees; and

        m. Costs of litigation.

**SIGNED and DATED** this 9th day of November, 2020.

                                **LOWE LAW GROUP**

                                Eric Hinckley (Wyo. Bar No. 7-5997)

6

EXHIBIT A

James Jackson (Wyo. Bar No. 7-5996)
6028 S. Ridgeline Drive
Suite 200
Ogden, UT 84405
Phone: 801-917-8500
Eric_h@lowelawgroup.com
james@lowelawgroup.com
Attorneys for Plaintiff

EXHIBIT A

# CIVIL COVER SHEET

This civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law. This form, approved by the Wyoming Supreme Court, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM).

## I. CAPTION

Sherry Michaelis
240717 Lake Minitare
Scottsbluff, NE 69361
Plaintiff Name and Current Address

v.

Prince Jacob, MTR Freight Solutions, Inc.
Defendant.

NOV 12 2020

**DIANE SANCHEZ**
**CLERK OF THE DISTRICT COURT**

Docket # 193-992

## II. NATURE OF SUIT (Place an "X" in One Box Only)

### GENERAL CIVIL

| CONTRACT | DISSOLUTION OF MARRIAGE | PROBATE |
|---|---|---|
| ☐ Business Organization Litigation | ☐ Divorce w/Minor Children | ☐ Ancillary Admin/Foreign Prob |
| ☐ Com. Const. Contract Litigation | ☐ Divorce w/o Minor Children | ☐ Decree of Title Distribution |
| ☐ Contract Other (not Debt Collection) | ☐ Judicial Separation | ☐ Determination of Heirship |
| | ☐ Annulment | ☐ Letters of Administration |
| | | ☐ Estate Unspecified |
| **TORT** | **DOMESTIC RELATIONS** | ☐ Summary Probate |
| ☐ PI or WD - Environmental or Toxic Tort | ☐ Custody/Parental Visitation | ☐ Testate/Intestate Estate |
| ☐ PI or WD - Fed Employer Liability Act | ☐ Grandparental Visitation | ☐ Will Only Filings |
| ☐ PI or WD - Medical Malpractice | ☐ Paternity | ☐ Trust Matters |
| ☐ PI or WD - Product Liability | ☐ Child Support/Parental Contribution | ☐ Guardianship |
| ✗ PI or WD - Vehicular | ☐ Child Support w/ Paternity | ☐ Conservatorship |
| ☐ Personal Injury Unspecified | ☐ UIFSA w/Paternity | ☐ Guardian & Conservatorship |
| ☐ Property Damage | ☐ UIFSA | |
| ☐ Tort Unspecified | ☐ Dom Register Foreign Judgment | **ADOPTION** |
| ☐ Wrongful Termination of Employment | ☐ TPR  State/DFS | ☐ Adoption |
| | ☐ TPR  Family/Private | ☐ Confidential Intermediary |
| **CIRCUIT COURT** | **PROPERTY** | |
| ☐ Small Claims | ☐ Property with Mineral Rights | |
| ☐ Forcible Entry and Detainer | ☐ Property w/o Mineral Rights | |
| ☐ Stalking Protection Order | | |
| ☐ Family Violence Protection Order | | |

### OTHER CIVIL

| |
|---|
| ☐ Appointment/Removal of a Fiduciary |
| ☐ Arbitration Award Confirmation |
| ☐ Birth Certificate Amendment/Establishment |
| ☐ Debt Collection |
| ☐ Declaratory Judgment |
| ☐ Emancipation of Minor |
| ☐ False or Frivolous Lien |
| ☐ Foreign Judgment |
| ☐ Foreign Protection Order/Foreign Stalking Order |
| ☐ Forfeiture of Property |
| ☐ Governmental Action Environmental Case |
| ☐ Injunction |
| ☐ Material Witness/Foreign Subpoena |
| ☐ Name Change |
| ☐ Involuntary Hospitalization |
| ☐ Public Nuisance |
| ☐ Specific Relief |
| ☐ Structured Settlement Protection Act |
| ☐ Successor to Civil Trust Appointment |
| ☐ Transcript Judgment from Circuit Court |
| ☐ Writ of Habeas Corpus |
| ☐ Writ of Mandamus |
| ☐ Writ of Replevin |
| ☐ Unspecified |

## III. RELATED CASE(S) IF ANY (see instructions)

Docket No. _____  Judge _____  Court (if different) _____

Docket No. _____  Judge _____  Court (if different) _____

## IV. $ AMOUNT IN CONTROVERSY, (estimated) (see instructions)

$ Unknown

_____
SIGNATURE OF ATTORNEY OF RECORD OR PRO SE LITIGANT

11/10/20
DATE

EXHIBIT A

STATE OF WYOMING                          IN DISTRICT COURT
COUNTY OF LARAMIE                      NINTH JUDICIAL DISTRICT

|  |  |
|---|---|
| **SHERRY MICHAELIS,** | : |
| Plaintiff, | : **DEMAND FOR JURY TRIAL** |
| vs. | : |
| **PRINCE JACOB, MTR FREIGHT SOLUTIONS, INC., DOES I-X** | : Civil No. 193-992 |
| Defendant | : |

**FILED**

NOV 12 2020

DIANE SANCHEZ
CLERK OF THE DISTRICT COURT

## PLAINTIFF'S DEMAND FOR JURY TRIAL

**COMES NOW** Sherry Michaelis, Plaintiff in the above listed Civil Action and makes her Demand for Jury Trial. Juries may be demanded in civil cases and the jury shall be trier of the fact in such cases. Plaintiff hereby demands a 6-person jury.

**SIGNED and DATED** this 10th day of November 2020.

                                   **LOWE LAW GROUP**

                                   Eric Hinckley (Wyo. Bar No. 7-5997)
                                   James Jackson (Wyo. Bar No. 7-5996)
                                   6028 S. Ridgeline Drive
                                   Suite 200
                                   Ogden, UT 84405
                                   Phone: 801-917-8500
                                   Eric_h@lowelawgroup.com
                                   james@lowelawgroup.com
                                   Attorneys for Plaintiff

EXHIBIT A